1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY A. LONG, Cal. Bar. No. 057642
3  glong@sheppardmullin.com
   SASCHA HENRY, Cal. Bar No. 191914
4  shenry@sheppardmullin.com
   333 South Hope Street, 43rd Floor
5  Los Angeles, California 90071
   Telephone:    (213) 620-1780
6  Facsimile:    (213) 620-1398

7  Attorneys for Defendant General Electric Co.

8  [Please refer to the signature page for the complete
   list of parties appearing and represented]
9

10              UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  WILLIAM EDWARDS and ANGELA ROLLINGS, on behalf of themselves, and 13  all others similarly situated, | Case No. 3:10-cv-02431-SI |
| | The Honorable Susan Illston United States District Judge Courtroom 10, 19th Floor |
| 14                    Plaintiffs, | |
| 15         v. | **STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT FOR GENERAL ELECTRIC CO. AND SILVER SPRING NETWORKS, INC.** |
| 16  GENERAL ELECTRIC CO., a New York Corporation, LANDIS+GYR INC., a 17  Delaware Corporation and SILVER SPRING NETWORKS, INC., | |
| 18                    Defendants. | [Complaint Filed:  June 2, 2010] |
| 19 | |

20

21

22

23

24

25

26

27

28

## STIPULATION

1.      WHEREAS this action was filed by Plaintiffs William Edwards and Angela Rollings on June 2, 2010, and the First Amended Complaint was served on Defendants General Electric Co. and Silver Spring Networks, Inc. on July 8, 2010;

2.      WHEREAS July 29, 2010 is the date upon which Defendants must respond to Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12;

3.      WHEREAS pursuant to Federal Rule of Civil Procedure 4(d)(3), Defendant Landis+Gyr Inc. does not need to respond to Plaintiffs' First Amended Complaint until September 6, 2010 because it waived service of Plaintiffs' First Amended Complaint;

4.      WHEREAS in the interest of judicial economy and efficiency, good cause exists to facilitate a common date for all Defendants to respond to Plaintiffs' First Amended Complaint;

5.      WHEREAS Plaintiffs have agreed to Defendants' request that they may have through and including September 6, 2010 to respond to Plaintiffs' First Amended Complaint;

6.      WHEREAS the parties have not previously requested extensions of time from this Court; and

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that this Court should extend the deadline for Defendants to respond to Plaintiffs' First Amended Complaint through and including the date of September 6, 2010.

-1-

1

2   Dated:  July 28 2010

3                                         KIESEL BOUCHER & LARSON LLP

4                                         By

5                                             _____ /pe
                                              PAUL R. KIESEL, Cal. Bar No. 119854
6                                             kiesel@khla.com
                                              8648 Wilshire Boulevard
7                                             Beverly Hills, CA 90211
                                              Telephone:   (310) 854-4444
8                                             Facsimile:   (310) 854-0812
                                              Attorney for Plaintiffs William Edwards and
9                                             Angela Rollings, and all others similarly situated

10  Dated:  July 29 2010

11                                        HORWITZ, HORWITZ & PARADIS, Attorneys at Law

12                                        By

13                                            _____
                                              Paul O. Paradis (Pro Hac Vice Pending)
14                                            pparadis@hhplawny.com
                                              Gina M. Tufaro (Pro Hac Vice Pending)
15                                            gtufaro@hhplawny.com
                                              405 Lexington Avenue, 61st Floor
16                                            New York, NY 10174
                                              Telephone:   (212) 986-4500
17                                            Facsimile:   (212) 986-4501
                                              Attorneys for Plaintiffs William Edwards and
18                                            Angela Rollings, and all others similarly situated

19

20

21

22

23

24

25

26

27

28

-2-

1  Dated: July 28, 2010

2                         SHEPPARD MULLIN RICHTER & HAMPTON LLP

3                         By

                                   Sascha Henry / JDM

4                              GREGORY A. LONG

5                              SASCHA HENRY

                         Attorneys for Defendant General Electric Co.

6

7  Dated: July 28, 2010

8                         LATHAM & WATKINS LLP

9                         By

10                      STEPHEN STUBLAREC, Cal. Bar. No. 069451

11                      steve.stublarec@lw.com

                      505 Montgomery Street, Suite 2000

12                      San Francisco CA 94111-6538

                      Telephone:   (415) 391-0600

13                      Facsimile:    (415) 395-8095

14                      PATRICK GIBBS, Cal. Bar. No. 183174

                      patrick.gibbs@lw.com

15                      140 Scott Drive

                      Menlo Park CA 94025

16                      Telephone:   (650) 463-4696

                      Facsimile:    (650) 463- 2600

17                      Attorneys for Defendant Silver Spring Networks,

18                      Inc.

19

20          PURSUANT TO STIPULATION, IT IS SO ORDERED,

21

22  DATED: _____

23

24                        Susan Illston

                            _____

25                      THE HONORABLE SUSAN ILLSTON

                      UNITED STATES DISTRICT COURT JUDGE

26

27

28