1   LATHAM & WATKINS LLP
        Stephen Stublarec (Bar No. 69451)
2   505 Montgomery Street, Suite 2000
    San Francisco, California  94111-6538
3   Telephone:  +1.415.391.0600
    Facsimile:  +1.415.395.8095
4
        Patrick E. Gibbs (Bar No. 183174)
5   140 Scott Drive
    Menlo Park, California  94025-1008
6   Telephone:  +1.650.328.4600
    Facsimile:  +1.650.436.2600
7
    Attorneys for Defendant
8   SILVER SPRING NETWORKS, INC.

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  WILLIAM EDWARDS and ANGELA ROLLINGS, on behalf of themselves and 13  others similarly situated, <br><br> 14          Plaintiffs, <br><br> 15      v. <br><br> 16  GENERAL ELECTRIC Co., a New York Corporation, LANDIS+GYR INC., a Swiss 17  Corporation and SILVER SPRING NETWORKS, INC., a Delaware Corporation, <br> 18          Defendants. <br> 19 | CASE NO. 3:10-cv-02431 (SI) <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> The Honorable Susan Illston <br><br> Action Filed:      June 1, 2010 <br><br> Trial Date:      None Set |

20          WHEREAS, on June 1, 2010, William Edwards and Angela Rollings

21   ("Plaintiffs") filed the above-captioned class action complaint in this Court.  Plaintiffs

22   subsequently filed a first amended class action complaint on July 6, 2010;

23          WHEREAS, on June 1, 2010, the Court issued an Order Setting Initial Case

24   Management Conference and ADR Deadlines setting the initial case management conference for

25   September 10, 2010 at 2:30 p.m., see Docket No. 2;

26          WHEREAS, on August 4, 2010, the Defendants filed a motion to extend meet and

27   confer and disclosure deadlines until 30 days after the Court's decision on Defendants' Motion to

28   Dismiss Plaintiffs' First Amended Complaint, see Docket No. 11;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No.: 3:10-cv-02431 (SI)
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

1    WHEREAS, on August 10, 2010, the Court granted Defendants' motion to extend

2    meet and confer and disclosure deadlines until 30 days after the Court's decision on Defendants'

3    Motion to Dismiss Plaintiffs' First Amended Complaint, see Docket No. 20;

4    WHEREAS, on August 27, 2010, the Defendants General Electric Co. ("GE")

5    and Landis + Gyr Inc. ("L+G") filed motions to dismiss Plaintiffs' First Amended Complaint and

6    Defendant Silver Spring Networks, Inc. ("SSN") filed a motion for judgment on the pleadings,

7    see Docket Nos. 25-31;

8    WHEREAS, it would promote the efficient management of this matter and

9    judicial economy to schedule the initial case management conference after the parties have met

10   and conferred, completed initial disclosures and filed their Rule 26(f) report;

11   THEREFORE IT IS STIPULATED AND AGREED, by and among the parties

12   and their respective counsel of record, that the case management conference in this matter

13   currently scheduled for September 10, 2010 be continued until after the meet and confer and

14   disclosure deadline, which is currently 30 days after the Court's decision on Defendants' Motion

15   to Dismiss Plaintiffs' First Amended Complaint.

16

17   Dated:  September 9, 2010                     LATHAM & WATKINS, LLP

18

19   By: _____/s/_____
                                                        Patrick E. Gibbs

20

21   Attorneys for Defendants
     SILVER SPRING NETWORKS, INC.

22

23   Dated:  September 9, 2010                     GIBSON, DUNN & CRUTCHER LLP

24

25   By: _____/s/_____
                                                        Gail E. Lees

26

27   Attorneys for Defendants
     LANDIS + GYR INC.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No.: 3:10-cv-02431 (SI)
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

2

1    Dated:  September 9, 2010                    SHEPPARD, MULLIN, RICHTER &
                                                 HAMPTON LLP
2

3                                                By:  _____/s/_____
                                                        Gregory A. Long
4

5                                                Attorneys for Defendants
                                                 GENERAL ELECTRIC CO.
6

7    Dated:  September 9, 2010                    KIESEL BOUCHER & LARSON LLP

8

9                                                By:  _____/s/_____
                                                        Paul R. Kiesel
10

11                                               Attorneys for Plaintiffs
                                                 WILLIAM EDWARDS and ANGELA
                                                 ROLLINGS
12

13   Dated:  September 9, 2010                    HORWITZ, HORWITZ & PARADIS,
                                                 ATTORNEYS AT LAW
14

15                                               By:  _____/s/_____
                                                        Gina M. Tufaro
16

17                                               Attorneys for Plaintiffs
                                                 WILLIAM EDWARDS and ANGELA
18                                               ROLLINGS

19

20   *Filer's Attestation:   Pursuant to General Order No. 45, Section X(B), Patrick E. Gibbs hereby*

21   *attests that concurrence in the filing of this document has been obtained.*

22

23        IT IS SO ORDERED.

24

25   Dated:  _____          _____
                                                 THE HON. SUSAN ILLSTON
26                                               United States District Court Judge

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No.: 3:10-cv-02431 (SI)
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

3