IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EDWARDS, *et al.*, | No. C 10-02431 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| GENERAL ELECTRIC CO., *et al.*, | |
| Defendants. | |

This action is dismissed for lack of federal jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2), because the Court finds that the action is a "local controversy" excepted by 28 U.S.C. § 1332(d)(4)(A). Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: February 7, 2010

SUSAN ILLSTON
United States District Judge